IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSIE M. JEFFERSON, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:20-CV-1770-M-BK |
| | § | |
| KIET TRAN, | § | |
|     DEFENDANT. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendant Kiet Tran's No Evidence Motion for Summary Judgment and Brief*, Doc. 32, is **DENIED**, and *Plaintiff's 1st Amended Motion for Summary Judgment Brief,* Doc. 37, is **GRANTED IN PART** as to the elements of premises liability, but not as to damages. Plaintiff seems to think that this determination denies her claim for damages. It does not do so. It merely finds that the Plaintiff did not properly prove damages by way of summary judgment. She still may have the opportunity to prove her damages at trial.

**SO ORDERED** this 15th day of March, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE