IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROSIE M. JEFFERSON, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:20-CV-1770-M-BK |
| § | |
| KIET TRAN, § | |
| DEFENDANT. § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made [*See* Docs. 49, 50, 51, 54, 56, 57 and 58], but did not consider untimely arguments of the Defendant not raised in response to the Plaintiff's Motion for Summary Judgment.

The Objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendant Kiet Tran's No Evidence Motion for Summary Judgment* (Doc. 32), is **DENIED**, and *Plaintiff's First Amended Motion for Summary Judgment* (Doc. 37), is **GRANTED** as to Defendant's liability to the Plaintiff, but denied as to recoverable damages.

**SO ORDERED** this 4th day of April, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE